10 A.3d 900

**John K. WHALEN, Respondent**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 22, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of December 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Does [Licensee's] acceptance of ARD for his second DUI charge establish a DUI violation and thereby trigger the statutory ignition-interlock requirement where: the general assembly and the courts have consistently treated the acceptance of ARD for a DUI charge as an adjudication mandating the imposition of suspensions or revocations, even where the language of the statute required conviction; and the statute at issue here only requires a violation and suspension in order to require installation of an ignition interlock as a condition of license restoration?